UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMY L. ROBERTS,<br><br>Defendant. | Case No.  2:21-PO-5026-KLD<br><br>VIOLATION: FBDW00FS<br><br>DISPOSITION CODE:  PF<br><br>ORDER ACCEPTING<br>PLEA LETTER |

Plaintiff's counsel, Jen Clark, Assistant U.S. Attorney, submitted a letter to the Court dated May 10, 2021, advising Plaintiff has reached an agreement with Defendant.  Plaintiff has agreed to reduce the total amount due on the violation notice from $230.00 to $115.00, and Defendant has agreed to forfeit that amount.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $115.00, which has been paid in full.

DATED this 18th day of August, 2021.

KATHLEEN L. DESOTO
United States Magistrate Judge